# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MIGUEL WILLIAMS, ADC # 152068,     *
                                               *
            PETITIONER      *
v.                                           *
                                               *    No. 5:13CV00384-JJV
RAY HOBBS,                          *
                                               *
            RESPONDENT      *

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. A certificate of appealability is DENIED.

SO ORDERED this 16th day of January, 2015.

                                         JOE J. VOLPE
                                         UNITED STATES MAGISTRATE JUDGE